IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CV-221-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| FIRST INVESTORS, LLC OF N.C., | ) ) ) | |
| Defendants. | ) | |

For good cause being shown upon the motion of the United States of America, it is hereby ORDERED that the answer filed by the defendant, First Investors, LLC of N.C., on December 15, 2010 is hereby stricken.

So Ordered this 11 day of May, 2011.

_____
JAMES C. DEVER, III
United States District Judge