IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CV-221-D

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
FIRST INVESTORS, LLC OF N.C. )
DAVID EDWARD ROBERTS, and )
MONICA ROBERTS, )
)
        Defendants. )
)

For good cause being shown upon the motion of the United States it is hereby ORDERED that this case be dismissed.

SO ORDERED this **25** day of **April**, 2012.

_____
JAMES C. DEVER, III
United States District Judge